No. 71–509.  MELTON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 71–512.  DISTRICT 20, UNITED MINE WORKERS OF AMERICA v. SAMS.  Sup. Ct. Ala.  Certiorari denied.

No. 71–513.  COBUZZI v. CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 71–514.  IOWA TRIBE OF THE IOWA RESERVATION IN KANSAS & NEBRASKA ET AL. v. UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 71–522.  ST. LOUIS-SAN FRANCISCO RAILWAY CO. v. UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 71–526.  FREED v. ERIE LACKAWANNA RAILWAY CO.  C. A. 6th Cir.  Certiorari denied.

No. 71–528.  AMALGAMATED LOCAL UNION 355 ET AL. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 2d Cir. Certiorari denied.

No. 71–529.  BLACKBURN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–530.  KELLER v. DRAVO CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 71–531.  LEE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 71–534.  KALEEL ET AL. v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.